UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAQUAN DOMINIQUE JENNINGS,

                Plaintiff(s),

v.

ALL PUBLIC OFFICIALS,

                Defendant(s).

23-MC-411 (DEH)

**ORDER OF DISMISSAL**

DALE E. HO, United States District Judge:

    The Court has reviewed the case initiating document (ECF No. 1) and has determined that this is not a proper miscellaneous action. A miscellaneous action is an ancillary or supplemental proceeding; for example, a request for an order to obtain testimony or produce documents for use in a foreign or international tribunal under 28 U.S.C. § 1782.

    Plaintiff describes this action as seeking a "Declaration of Nationality and Lawful Status" (ECF No. 3). It does not appear to be an ancillary or supplemental proceeding.

    The Clerk of Court is respectfully requested to close this case.

    SO ORDERED.

Dated: November 13, 2023
       New York, New York

                                              DALE E. HO
                                              United States District Judge